United States District Court
Eastern District of North Carolina

CARLTON NORTON,
              Plaintiff(s)
      v.                                    **Judgment in a Civil Case**
WARDEN MARVIN POLK,
OFFICER NICHOLS,
SGT. OATES,
              Defendant(s)              Case Number: 5:06-CT-3074-FL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted and this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, OCTOBER 11, 2007, AND COPIES MAILED TO:

| VIA U.S. Postal Service | VIA Notice of Electronic Filing |
|---|---|
| **Carlton Norton** #0633309<br>Central Prison<br>1300 Western Blvd.<br>Raleigh, NC 27606 | Yvonne B. Ricci<br>NC Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |

| October 11, 2007 | /s/ DENNIS P. IAVARONE |
|---|---|
| Date | Clerk |

Raleigh, North Carolina